| Type | Date | Cash Received From Creditor | Cash Payments To Creditor | Balances Due (To) From Creditors | Reference |
|---|---|---|---|---|---|
| **Francine Daniels** | | | | | |
| Check | 03/05/2003 | | 351.51 | 351.51 | BS |
| Check | 03/05/2003 | | 955.78 | 955.78 | BS |
| Check | 04/04/2003 | | 250.00 | 250.00 | BS |
| Check | 04/07/2003 | | 340.35 | 340.35 | BS |
| Check | 04/07/2003 | | 966.94 | 966.94 | BS |
| Check | 05/05/2003 | | 250.00 | 250.00 | BS |
| Check | 05/05/2003 | | 329.07 | 329.07 | BS |
| Check | 05/05/2003 | | 978.22 | 978.22 | BS |
| Check | 06/04/2003 | | 250.00 | 250.00 | BS |
| Check | 06/05/2003 | | 317.66 | 317.66 | BS |
| Check | 06/05/2003 | | 989.63 | 989.63 | BS |
| Check | 06/30/2003 | | 250.00 | 250.00 | BS |
| Check | 07/07/2003 | | 250.00 | 250.00 | BS |
| Check | 07/07/2003 | | 306.12 | 306.12 | BS |
| Check | 07/07/2003 | | 1,001.17 | 1,001.17 | BS |
| Check | 07/22/2003 | | 250.00 | 250.00 | BS |
| Check | 07/28/2003 | | 250.00 | 250.00 | BS |
| Check | 08/04/2003 | | 250.00 | 250.00 | BS |
| Check | 08/05/2003 | | 294.43 | 294.43 | BS |
| Check | 08/05/2003 | | 1,012.86 | 1,012.86 | BS |
| Check | 08/21/2003 | | 250.00 | 250.00 | BS |
| Check | 08/28/2003 | | 250.00 | 250.00 | BS |
| Check | 09/04/2003 | | 250.00 | 250.00 | BS |
| Check | 09/05/2003 | | 282.62 | 282.62 | BS |
| Check | 09/05/2003 | | 1,024.67 | 1,024.67 | BS |
| Check | 09/22/2003 | | 250.00 | 250.00 | BS |
| Check | 09/29/2003 | | 250.00 | 250.00 | BS |
| Check | 10/06/2003 | | 250.00 | 250.00 | BS |
| Check | 10/06/2003 | | 270.66 | 270.66 | BS |
| Check | 10/06/2003 | | 1,036.63 | 1,036.63 | BS |
| Check | 10/22/2003 | | 250.00 | 250.00 | BS |
| Check | 11/04/2003 | | 250.00 | 250.00 | BS |
| Check | 11/05/2003 | | 258.57 | 258.57 | BS |
| Check | 11/05/2003 | | 1,048.72 | 1,048.72 | BS |
| Check | 11/24/2003 | | 250.00 | 250.00 | BS |
| Check | 12/04/2003 | | 250.00 | 250.00 | BS |
| Check | 12/05/2003 | | 246.33 | 246.33 | BS |
| Check | 12/05/2003 | | 1,060.96 | 1,060.96 | BS |
| Check | 12/19/2003 | | 250.00 | 250.00 | BS |

| Type | Date | Cash Received From Creditor | Cash Payments To Creditor | Balances Due (To) From Creditors | Reference |
|---|---|---|---|---|---|
| Check | 01/05/2004 |  | 233.96 | 233.96 | BS |
| Check | 01/05/2004 |  | 250.00 | 250.00 | BS |
| Check | 01/05/2004 |  | 1,073.33 | 1,073.33 | BS |
| Check | 01/22/2004 |  | 250.00 | 250.00 | BS |
| Check | 02/04/2004 |  | 250.00 | 250.00 | BS |
| Check | 02/05/2004 |  | 221.43 | 221.43 | BS |
| Check | 02/05/2004 |  | 1,085.86 | 1,085.86 | BS |
| Check | 02/23/2004 |  | 250.00 | 250.00 | BS |
| Check | 03/04/2004 |  | 250.00 | 250.00 | BS |
| Check | 03/05/2004 |  | 208.77 | 208.77 | BS |
| Check | 03/05/2004 |  | 1,098.52 | 1,098.52 | BS |
| Check | 03/22/2004 |  | 250.00 | 250.00 | BS |
| Check | 04/05/2004 |  | 195.95 | 195.95 | BS |
| Check | 04/05/2004 |  | 250.00 | 250.00 | BS |
| Check | 04/05/2004 |  | 1,111.34 | 1,111.34 | BS |
| Check | 04/22/2004 |  | 250.00 | 250.00 | BS |
| Check | 05/05/2004 |  | 182.98 | 182.98 | BS |
| Check | 05/05/2004 |  | 1,124.31 | 1,124.31 | BS |
| Check | 05/12/2004 |  | 750.00 | 750.00 | BS |
| Check | 06/07/2004 |  | 169.87 | 169.87 | BS |
| Check | 06/07/2004 |  | 1,137.42 | 1,137.42 | BS |
| Check | 06/14/2004 |  | 750.00 | 750.00 | BS |
| Check | 07/06/2004 |  | 156.60 | 156.60 | BS |
| Check | 07/06/2004 |  | 1,150.69 | 1,150.69 | BS |
| Check | 07/12/2004 |  | 750.00 | 750.00 | BS |
| Check | 08/05/2004 |  | 143.17 | 143.17 | BS |
| Check | 08/05/2004 |  | 1,164.12 | 1,164.12 | BS |
| Check | 08/12/2004 |  | 750.00 | 750.00 | BS |
| Check | 09/07/2004 |  | 129.59 | 129.59 | BS |
| Check | 09/07/2004 |  | 1,177.70 | 1,177.70 | BS |
| Check | 09/13/2004 |  | 750.00 | 750.00 | BS |
| Check | 10/05/2004 |  | 115.85 | 115.85 | BS |
| Check | 10/05/2004 |  | 1,191.44 | 1,191.44 | BS |
| Check | 10/12/2004 |  | 750.00 | 750.00 | BS |
| Check | 11/05/2004 |  | 101.95 | 101.95 | BS |
| Check | 11/05/2004 |  | 1,205.34 | 1,205.34 | BS |
| Check | 11/12/2004 |  | 750.00 | 750.00 | BS |
| Check | 12/06/2004 |  | 87.89 | 87.89 | BS |
| Check | 12/06/2004 |  | 1,219.40 | 1,219.40 | BS |
| Check | 12/13/2004 |  | 750.00 | 750.00 | BS |
| Check | 01/05/2005 |  | 1,307.29 | 1,307.29 | BS |

| Type | Date | Cash Received From Creditor | Cash Payments To Creditor | Balances Due (To) From Creditors | Reference |
|---|---|---|---|---|---|
| Check | 01/12/2005 | | 750.00 | 750.00 | BS |
| Check | 02/04/2005 | | 1,307.29 | 1,307.29 | BS |
| Check | 02/14/2005 | | 750.00 | 750.00 | BS |
| Check | 03/07/2005 | | 1,307.29 | 1,307.29 | BS |
| Check | 03/14/2005 | | 750.00 | 750.00 | BS |
| Check | 04/05/2005 | | 1,307.29 | 1,307.29 | BS |
| Check | 04/12/2005 | | 750.00 | 750.00 | BS |
| Check | 05/05/2005 | | 1,307.29 | 1,307.29 | BS |
| Check | 05/12/2005 | | 750.00 | 750.00 | BS |
| Check | 06/13/2005 | | 750.00 | 750.00 | BS |
| Check | 07/12/2005 | | 750.00 | 750.00 | BS |
| Check | 08/12/2005 | | 750.00 | 750.00 | BS |
| Check | 09/12/2005 | | 750.00 | 750.00 | BS |
| Check | 10/07/2005 | | 750.00 | 750.00 | BS |
| Check | 11/09/2005 | | 750.00 | 750.00 | BS |
| Check | 12/09/2005 | | 750.00 | 750.00 | BS |
| Check | 01/09/2006 | | 750.00 | 750.00 | BS |
| Check | 02/10/2006 | | 750.00 | 750.00 | BS |
| Check | 03/10/2006 | | 750.00 | 750.00 | BS |
| Check | 04/10/2006 | | 750.00 | 750.00 | BS |
| Check | 05/10/2006 | | 750.00 | 750.00 | BS |
| Check | 06/09/2006 | | 750.00 | 750.00 | BS |
| Check | 07/10/2006 | | 750.00 | 750.00 | BS |
| Check | 08/10/2006 | | 750.00 | 750.00 | BS |
| Check | 09/08/2006 | | 750.00 | 750.00 | BS |
| Check | 10/10/2006 | | 750.00 | 750.00 | BS |
| Check | 12/06/2006 | | 750.00 | 750.00 | BS |
| Check | 12/08/2006 | | 750.00 | 750.00 | BS |
| | 04/08/2007 | | 750.00 | 750.00 | CC |
| | 05/08/2007 | | 750.00 | 750.00 | CC |
| | 06/08/2007 | | 750.00 | 750.00 | CC |
| | 07/08/2007 | | 750.00 | 750.00 | CC |
| | 08/08/2007 | | 750.00 | 750.00 | CC |
| | 09/08/2007 | | 750.00 | 750.00 | CC |
| | 10/08/2007 | | 750.00 | 750.00 | CC |
| | 11/08/2007 | | 750.00 | 750.00 | CC |
| | 12/08/2007 | | 750.00 | 750.00 | CC |
| | 01/08/2008 | | 750.00 | 750.00 | CC |
| | 02/08/2008 | | 750.00 | 750.00 | CC |
| | 03/08/2008 | | 750.00 | 750.00 | CC |
| | 04/08/2008 | | 750.00 | 750.00 | CC |

| Type | Date | Cash Received From Creditor | Cash Payments To Creditor | Balances Due (To) From Creditors | Reference |
|---|---|---|---|---|---|
| | 05/08/2008 | | 750.00 | 750.00 | CC |
| | 06/08/2008 | | 750.00 | 750.00 | CC |
| | 07/08/2008 | | 750.00 | 750.00 | CC |
| | 08/08/2008 | | 750.00 | 750.00 | CC |
| | 09/08/2008 | | 750.00 | 750.00 | CC |
| | 10/08/2008 | | 750.00 | 750.00 | CC |
| | 11/08/2008 | | 750.00 | 750.00 | CC |
| | | - | 81,046.83 | 81,046.83 | |