McBREEN & KOPKO
Kenneth A. Reynolds, Esq. (KR3808)
Attorneys for Defendant
500 North Broadway, Suite 129
Jericho, New York 11753
Tel.: (516) 364-1095
Fax: (516) 364-0612
11-3540090

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------X
In re:

GOLDAN, LLC,

                      Debtor.
----------------------------------------------------X
ALLAN B. MENDELSOHN, AS CHAPTER
7 TRUSTEE OF GOLDAN, LLC,

                      Plaintiff,

    -against-

FRANCINE DANIELS,

                      Defendant.
----------------------------------------------------X

Chapter 7
Case No.: 09-70955 (REG)

Adv. Proc. No.: 11-08794 (REG)

**STIPULATION AND ORDER EXTENDING**
**DEFENDANT'S TIME TO ANSWER**

**WHEREAS**, on or about February 16, 2011, Allan B. Mendelsohn, as Chapter 7 Trustee of Goldan, LLC (the "Plaintiff") filed the instant adversary proceeding (the "Adversary Proceeding") under 11 U.S.C. §§ 105, 502, 541, 542, 547 and 550 Rules 7001 and 7003 of the Federal Rules of Bankruptcy Procedure, seeking, among other things, to avoid and recover funds alleged to be wrongfully conveyed to the defendant Francine Daniels (the "Defendant"), in the aggregate amount of $81,046.83 (the "Transfers"); and

**WHEREAS,** Plaintiff has agreed to extend Defendant's time to answer the complaint to April 15, 2011; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED** and agreed among the parties as follows:

1. The time for the Defendant to appear and answer with respect to the Summons and Complaint in this Adversary Proceeding is extended to and including April 15, 2011.

2. Defendant agrees to waive any service of process and personal jurisdiction defenses.

Dated: April 4, 2011

LaMONICA, HERBST & MANISCALCO, LLP    McBREEN & KOPKO

*/s/ David A. Blanksy*    */s/ Kenneth A. Reynolds*
By: David A. Blansky Esq.    By: Kenneth A. Reynolds, Esq.
Attorneys for Plaintiff    Attorneys for Defendant
3305 Jerusalem Avenue    500 North Broadway, Suite 129
Wantagh, New York 11793    Jericho, New York 11753
(516) 826-6500    (516) 364-1095

**SO ORDERED**